UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THOMAS MOORE,                        )
                                     )
                Plaintiff            )
                                     )
        v.                           )        CAUSE NO. 3:04-CV-788 RM
                                     )
DR. BARBARA KASPER, *et al.*,        )
                                     )
                Defendants           )

<u>OPINION AND ORDER</u>

This matter is before the court *sua sponte* pursuant to FED. R. CIV. P. 25(d).

Evelyn Ridley-Turner was named as a defendant in her official capacity, but she

is no longer the Commissioner of the Indiana Department of Correction.

> When a public officer is a party to an action in an official
> capacity and during its pendency dies, resigns, or otherwise ceases
> to hold office, the action does not abate and the officer's successor is
> automatically substituted as a party. Proceedings following the
> substitution shall be in the name of the substituted party, but any
> misnomer not affecting the substantial rights of the parties shall be
> disregarded. An order of substitution may be entered at any time, but
> the omission to enter such an order shall not affect the substitution.

FED. R. CIV. P. 25(d).

J. David Donahue is Evelyn Ridley-Turner's successor, and he will be

substituted as a party to this litigation. Because service has not yet been made on

Evelyn Ridley-Turner and because ineffective service affects "the substantial rights

of the parties", a new summons and complaint shall be issued in his name.

Defense counsel has filed a motion to dismiss Evelyn Ridley-Turner. Since

she is no longer a party to this litigation, the motion is moot.

For the foregoing reasons, the court:

(1) **DIRECTS** the clerk to substitute J. David Donahue for Evelyn Ridley-Turner;

(2) **DENIES AS MOOT** the motion to dismiss (docket # 33);

(3) **DIRECTS** the clerk to transmit a summons and USM-285 for J. David Donahue to the United States Marshals Service along with a copy of this order, a copy of this court's order of April 21, 2005 (docket # 8), and a copy of the complaint;

(4) **DIRECTS** the United States Marshals Service, pursuant to 28 U.S.C. § 1915(d), to effect service of process on  J. David Donahue; and

(5) **ORDERS**, pursuant to 42 U.S.C. § 1997e(g)(2), that J. David Donahue respond, as provided for in the Federal Rules of Civil Procedure and N.D. IND. L.R. 10.1, only to the claim(s) for which the plaintiff has been granted leave to proceed in this screening order.

SO ORDERED:

ENTERED: July 25 , 2005

        /s/ Robert L. Miller, Jr.
Robert L. Miller, Jr., Judge
United States District Court

2